# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF NEW YORK
## SYRACUSE DIVISION

In re:  ROBERT M LOCAPUTO                                                    Case No.:  14-30870
        MAUREEN LOCAPUTO
        Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Mark W. Swimelar, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1).  The trustee declares as follows:

1) The case was filed on  05/27/2014.
2) The plan was confirmed on  NA.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on  NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA.
5) The case was converted on  01/08/2015.
6) Number of months from filing or conversion to last payment:  8.
7) Number of months case was pending:  9.
8) Total value of assets abandoned by court order:  NA.
9) Total value of assets exempted:  33,910.00.
10)  Amount of unsecured claims discharged without full payment:  .00.
11)  All Checks distributed by the trustee relating to this case have not cleared the bank.

**Receipts:**

|   |   |   |
|---|---|---|
| Total paid by or on behalf of the debtor: | $1,096.93 | |
| Less amount refunded to debtor: | $1,017.31 | |
| **NET RECEIPTS:** | | $79.62 |

**Expenses of Administration:**

|   |   |   |
|---|---|---|
| Attorney's Fees Paid Through The Plan: | $.00 | |
| Court Costs: | $.00 | |
| Trustee Expenses and Compensation: | $79.62 | |
| Other: | $.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | $79.62 |

Attorney fees paid and disclosed by debtor:     $281.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| AMERICAN INFOSOURCE | Unsecured | NA | 3,443.52 | 3,443.52 | .00 | .00 |
| AMERICAN INFOSOURCE | Unsecured | NA | 4,139.54 | 4,139.54 | .00 | .00 |
| ASSET ACCEPTANCE LLC | Unsecured | NA | 11,629.97 | 11,629.97 | .00 | .00 |
| ASSET ACCEPTANCE LLC | Unsecured | 9,481.00 | NA | NA | .00 | .00 |
| CACH LLC | Unsecured | NA | 5,844.73 | 5,844.73 | .00 | .00 |
| CACH LLC | Unsecured | 2,815.00 | NA | NA | .00 | .00 |
| CAPITAL ONE | Unsecured | 4,821.00 | NA | NA | .00 | .00 |
| CERASTES, LLC | Unsecured | 641.00 | 641.62 | 641.62 | .00 | .00 |
| CITICORP CREDIT SERVICES | Unsecured | 2,291.00 | NA | NA | .00 | .00 |
| COMMUNITY GENERAL HOSPITAL | Unsecured | 9,283.52 | 11,434.63 | 11,434.63 | .00 | .00 |
| COMMUNITY HOSPITAL | Unsecured | NA | NA | NA | .00 | .00 |
| CREDIT COLLECTION SERVICE | Unsecured | 56.00 | NA | NA | .00 | .00 |
| DAVIDSON FINK LLP | Secured | NA | NA | NA | .00 | .00 |
| FOCALPOINT FEDERAL CU | Unsecured | 1,608.39 | 2,415.12 | 2,415.12 | .00 | .00 |
| FORSTER & GARBUS | Secured | NA | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF NEW YORK
### SYRACUSE DIVISION

In re:  ROBERT M LOCAPUTO  
       MAUREEN LOCAPUTO  
    Debtor(s)

Case No.: 14-30870

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| HOME LOAN SERVICES | Secured | 24,874.00 | NA | NA | .00 | .00 |
| JC PENNEY | Unsecured | 484.00 | NA | NA | .00 | .00 |
| LAB ALLIANCE | Unsecured | NA | NA | NA | .00 | .00 |
| MED REV RECOVERIES | Unsecured | 72.00 | NA | NA | .00 | .00 |
| MED REV RECOVERIES | Unsecured | 1,020.00 | NA | NA | .00 | .00 |
| MERCANTILE ADJUSTMENT BUREAU | Unsecured | 50.00 | NA | NA | .00 | .00 |
| MIDLAND FUNDING | Secured | 4,286.82 | NA | NA | .00 | .00 |
| MILLENIA COLLECTIONS | Unsecured | 75.00 | NA | NA | .00 | .00 |
| NATIONAL RECOVERY AGENCY | Unsecured | 71.00 | NA | NA | .00 | .00 |
| NATIONSTAR MORTGAGE | Secured | NA | NA | NA | .00 | .00 |
| NYS HIGHER EDUCATION | Unsecured | 15,359.00 | NA | NA | .00 | .00 |
| ONONDAGA HILL PATHOLOGY | Unsecured | NA | NA | NA | .00 | .00 |
| OSWEGO HOSPITAL | Unsecured | NA | 40.00 | 40.00 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES L | Unsecured | NA | 1,081.56 | 1,081.56 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES L | Unsecured | 120.00 | 368.93 | 368.93 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES L | Unsecured | 552.00 | 552.59 | 552.59 | .00 | .00 |
| RIEHLMAN SHAFER & SHAFER | Secured | NA | NA | NA | .00 | .00 |
| ROBERT P ROTHMAN ESQ | Secured | NA | NA | NA | .00 | .00 |
| SALLIE MAE | Unsecured | 14,221.00 | NA | NA | .00 | .00 |
| STELLAR COLLECTION SERVICE | Unsecured | NA | NA | NA | .00 | .00 |
| STELLAR COLLECTION SERVICE | Unsecured | 170.00 | NA | NA | .00 | .00 |
| SYNCB/ WALMART DC | Unsecured | 2,486.00 | NA | NA | .00 | .00 |
| UPSTATE EMERGENCY MEDICINE | Unsecured | NA | NA | NA | .00 | .00 |
| WELLS FARGO | Unsecured | NA | NA | NA | .00 | .00 |
| WELLS FARGO | Unsecured | 7,797.00 | NA | NA | .00 | .00 |
| WELLS FARGO BANK | Unsecured | 3,880.00 | NA | NA | .00 | .00 |
| WELLS FARGO FINANCIAL NEW YORK | Unsecured | 7,797.00 | NA | NA | .00 | .00 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
SYRACUSE DIVISION

In re: ROBERT M LOCAPUTO  
MAUREEN LOCAPUTO  
Debtor(s)

Case No.: 14-30870

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WILMINGTON TRUST NA | Secured | NA | 171,941.72 | .00 | .00 | .00 |

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | .00 | .00 | .00 |
| Debt Secured by Vehicle: | .00 | .00 | .00 |
| All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | .00 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 41,592.21 | .00 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $79.62 |
| Disbursements to Creditors: | $.00 |
| **TOTAL DISBURSEMENTS:** | $79.62 |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date: 02/06/2015     By: /s/Mark W. Swimelar  
                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.